**WILCOXEN CALLAHAM, LLP**
MARTHA A. TAYLOR, SBN: 260692
2114 K Street
Sacramento, CA 95816
mtaylor@wilcoxenlaw.com
Telephone:   (916) 442-2777
Facsimile:    (916) 442-4118

Attorney for Plaintiff
DENISE PAVON

Brian P. Dolin - 182971
**JACOBSEN & McELROY PC**
2401 American River Drive, Suite 100
Sacramento, CA  95825
Tel. (916) 971-4100
Fax (916) 971-4150
ESERVICE@jacobsenmcelroy.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DENISE PAVON and ROBERT PAVON,<br><br>Plaintiffs,<br><br>-vs-<br><br>COSTCO WHOLESALE CORPORATION; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00798-JAM-JDP<br><br>**STIPULATION FOR DISMISSAL OF PLAINTIFF ROBERT PAVON WITH PREJUDICE AND WAIVER OF COSTS**<br><br>*Hon. John A. Mendez assigned for all purposes*<br><br>SUP CT. ACTION FILED: 06/08/23<br>REMOVED TO FEDERAL EASTERN DISTRICT 03/15/2024 |
|---|---|

DENISE PAVON, ROBERT PAVON and COSTCO WHOLESALE CORPORATION, through their respective counsels of record, hereby stipulate to the dismissal of all claims brought against COSTCO WHOLESALE CORPORATION by PLAINTIFF ROBERT PAVON in San Joaquin

{00366255}

-1-
STIPULATION FOR DISMISSAL OF PLAINTIFF ROBERT PAVON WITH PREJUDICE AND WAIVER OF COSTS

County Superior Court case no. STK-CV-UNPI-2023-0005893, Pavon, et al. v. Costco Wholesale Corporation which was removed to Federal Court on March 15, 2024, pursuant to Federal Rule of Civil Procedure 41(a).

1. This matter was filed on June 8, 2023, in the California Superior Court, County of San Joaquin under case no. STK-CV-UNPI-2023-0005893.

2. This matter was removed to the Eastern District of California case no. 2:24-AT-00313.

3. The parties agree that each party will bear their own costs and attorney fees associated with the claims made by Plaintiff ROBERT PAVON. No party shall be considered the prevailing party for purposes of costs or attorney's fees as it pertains to this stipulated dismissal with prejudice.

4. All claims asserted against Defendant COSTCO WHOLESALE CORPORATION by Plaintiff, ROBERT PAVON in this action, are dismissed with prejudice.

5. This stipulation of dismissal does not affect any claims made by Plaintiff DENISE PAVON against Defendant COSTCO WHOLESALE CORPORATION, or any unknown defendants that may arise as part of this action.

8. This Stipulation shall be governed by the laws of the State of California.

Dated:  October 8, 2024          **WILCOXEN CALLAHAM, LLP**

By:  /s/ Martha A. Taylor
 MARTHA A. TAYLOR
Attorney for Plaintiff, DENISE PAVON

Dated:  October 3, 2024          **JACOBSEN & McELROY PC**

By:  /s/ Brian P. Dolin
 BRIAN P. DOLIN
Attorney for Defendant, COSTCO WHOLESALE CORPORATION

1  **WILCOXEN CALLAHAM, LLP**
2  MARTHA A. TAYLOR, SBN: 260692
   2114 K Street
3  Sacramento, CA 95816
   mtaylor@wilcoxenlaw.com
4  Telephone:     (916) 442-2777
   Facsimile:      (916) 442-4118
5
6  Attorney for Plaintiff
   DENISE PAVON
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| DENISE PAVON and ROBERT PAVON, | Case No.: 2:24-cv-00798-JAM-JDP |
|---|---|
| Plaintiffs, | **ORDER ON STIPULATION FOR DISMISSAL OF PLAINTIFF ROBERT PAVON WITH PREJUDICE AND WAIVER OF COSTS** |
| -vs- | |
| COSTCO WHOLESALE CORPORATION, | *Hon. John A. Mendez assigned for all purposes* |
| Defendant. | SUP CT. ACTION FILED: 06/08/23  REMOVED TO FEDERAL EASTERN DISTRICT 03/15/2024 |

In the case of DENISE PAVON and ROBERT PAVON v. COSTCO WHOLESALE CORPORATION (Case No.: 2:24-AT-00313), a stipulation for dismissal has been filed concurrently with this proposed order. This stipulation, agreed upon by the plaintiffs and defendant through their respective counsels, and pertains specifically to the dismissal of all claims brought against COSTCO WHOLESALE CORPORATION by plaintiff ROBERT PAVON.

IT IS SO ORDERED.

Dated: October 11, 2024            /s/ John A. Mendez
                                                    THE HONORABLE JOHN A. MENDEZ
                                                    SENIOR UNITED STATES DISTRICT JUDGE

-1-
ORDER ON STIPULATION FOR DISMISSAL OF PLAINTIFF ROBERT PAVON WITH PREJUDICE AND WAIVER OF COSTS