Brian P. Dolin - 182971
**JACOBSEN & McELROY PC**
2401 American River Drive, Suite 100
Sacramento, CA  95825
Tel.	(916) 971-4100
Fax	(916) 971-4150
ESERVICE@jacobsenmcelroy.com

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

Martha Taylor
Michelle C. Jenni
**WILCOXEN CALLAHAM, LLP**
2114 K Street
Sacramento, CA 9516-4921
Tel: (916) 442-2777
Fax: (916) 442-4118
mtaylor@wilcoxenlaw.com
sjenni@wilcoxenlaw.com

Attorneys for Plaintiffs
DENISE PAVON and ROBERT PAVON

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENISE PAVON,<br><br>    Plaintiffs,<br><br>  vs.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Case No.: 2:24-cv-00798-JAM-JDP<br><br>*ACTION FILED: 06/08/23*<br><br>**STIPULATION AND ORDER OF DISMISSAL (FRCP 41(a)**<br><br>[Removed on 3/15/24 from state court. Original action filed on 6/8/23 in San Joaquin County, Case No. STK-CV-UNPI-2023-5893] |

Plaintiff Robert Pavon having previously dismissed his claims, Plaintiff Denise Pavon and Defendant Costco Wholesale Corporation hereby stipulate under Federal Rule of Civil

///

Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing their own attorney fees and costs.

Date: January 13, 2025                         Wilcoxen Callaham, LLP

/s/ Martha Taylor

By:_____
    Martha Taylor
    Attorney for Plaintiffs

Date: January 13, 2025                         Jacobsen & McElroy PC

*/s/ Brian P. Dolin*

By:_____
    Brian P Dolin
    Attorney for Defendant

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THIS ACTION BE, AND HEREBY IS, **DISMISSED WITH PREJUDICE** as to all claims, causes of action, and parties, with each party bearing their own attorney fees and costs.

DATED: January 22, 2025        /s/ John A. Mendez
　　　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE